1910.) In the matter of Agnes L. C. A. Wynkoop, as general guardian, etc. No opinion. Motion granted. Order filed. See, also, 122 N. Y. Supp. 1151.

YESGAR, Respondent, v. LIBMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by Bernard Yesgar against Fajbush Libman. No opinion. Judgment of the Municipal Court affirmed, with costs.

YOUNG, Respondent, v. SCHWARTZ, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Charles W. Young, Jr., against Henry Schwartz. No opinion. Judgment of the Municipal Court affirmed, with costs.

ZWECKER et al., Respondents, v. LEVINE et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Clara Zwecker and another against Sarah Levine and another. M. L. Heidenheimer, for appellants. M. Feltenstein, for respondents. No opinion. Judgment and order affirmed, with costs, on 135 App. Div. 432, 120 N. Y. Supp. 425. Order filed.

END OF CASES IN VOL. 124.

*